**No. D-2465. In the Matter of Discipline of Eddie Michael Pope.**

559 U.S. 968, 130 S. Ct. 1734, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 1989.

March 1, 2010. Eddie Michael Pope, of Austin, Texas, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 08-9538. Donald Ray Harris, Petitioner v. United States.**

559 U.S. 989, 130 S. Ct. 1734, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2244.

March 8, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Johnson v. United States, 559 U.S. 133, 130 S. Ct. 1265, 176 L. Ed. 2d 1 (2010).

Same case below, 305 Fed. Appx. 552.

**No. 09-5135. Patrick Frederick Williams, Petitioner v. United States.**

559 U.S. 989, 130 S. Ct. 1734, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2221.

March 8, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Johnson v. United States, 559 U.S. 133, 130 S. Ct. 1265, 176 L. Ed. 2d 1 (2010).

Same case below, 563 F.3d 1239.

**No. 09-8353. Frank C. Johnson, Petitioner v. Toby S. Monaco, et al.**

559 U.S. 989, 130 S. Ct. 1741, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2327.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 09-8358. Laurie Marie Laskey, Petitioner v. Adobe Systems Inc.**

559 U.S. 989, 130 S. Ct. 1741, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2291.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeal of California, First Appellate District, dismissed. See Rule 39.8.

**No. 09-8917. Thomas L. Bates, Petitioner v. United States District Court for the Northern District of Illinois.**

559 U.S. 989, 130 S. Ct. 1755, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2251.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Cirtcuit dismissed. See Rule 39.8.

**No. 09M72. Larry Patterson, Petitioner v. Brion D. Travis, et al.**

559 U.S. 989, 130 S. Ct. 1753, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 2339.

March 8, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.